UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 21-979 JGB** | Date | June 16, 2022 |
| Title | *In Re: Joe Anthony Santa Maria* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **Order to Show Cause for Failure to Comply with Federal Rules of Bankruptcy Procedure (IN CHAMBERS)**

On June 1, 2021, Appellant Joe Anthony Santa Maria filed a notice of appeal from the ruling of the United States Bankruptcy Court for the Central District of California. ("Notice of Appeal," Dkt. No. 1.) To date, however, Appellant had failed to file the following documents, as required by Rules 8003 and 8009 of the Federal Rules of Bankruptcy Procedure: a statement of issues, a designation of record, and a notice of transcript. Fed. R. Bankr. P. 8003, 8009.

Accordingly, the Court **ORDERS** Appellant to show cause in writing why this action should not be dismissed for failure to comply with the Federal Rules of Bankruptcy Procedure. (See "Notice Re: Appeal" Dkt. No. 3, at 2.) Appellant is directed to respond in writing no later than Friday, July 1, 2022. A failure to respond, or an inadequate response, will result in dismissal of this appeal.

**IT IS SO ORDERED.**